UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO CHAPARRO-ESQUIVEL,<br><br>Petitioner,<br><br>v.<br><br>RICK HILL, Warden,<br><br>Respondent. | Case No. 18-01749 BLF (PR)<br><br>**ORDER GRANTING MOTION FOR AN EXTENSION OF TIME TO FILE ANSWER**<br><br>(Docket No. 20) |

Petitioner, a California prisoner, filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 1, 2010, the Court issued an order directing Respondent to show cause why a writ of habeas corpus should not be granted.[1] (Docket No. 12.) Respondent has filed a motion for a 30 day extension of time to file an answer. (Docket No. 20.) Having shown good cause, Respondent's motion is **GRANTED**. Respondent shall file an answer **no later than October 30, 2018**. Petitioner shall file a traverse **within thirty (30) days** of the filing of the answer.

This order terminates Docket Number 20.

**IT IS SO ORDERED.**

Dated: October 1, 2018

BETH LABSON FREEMAN
United States District Judge

---

[1] On June 4, 2018, this action was reassigned to this Court after Respondent declined magistrate jurisdiction. (Docket No. 11)

Order Granting Respondent's Application for Extension of Time
P:\PRO-SE\BLF\HC.18\01749Chaparro-Esquivel_eot-ans.docx